# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE VICTORIA SALINAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>　　　　　Defendant. | Case No. EDCV 13-01329 SS<br><br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED with instructions to the Commissioner to award benefits consistent with the Memorandum Decision and Order filed in connection with this Judgment.

DATED: October 10, 2014

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE